AO 91 (Rev. 08/09)  Criminal Complaint                                                                                              HH

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Paul L. Meisner, II<br>2676 Arbordale Dr.<br>Hilliard, OH. 43026<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:18-mj-410<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _12/28/17 to 01/29/2018_ in the county of _Franklin County_ in the
_Southern_ District of _Ohio_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Conspiracy to produce child pornography: use of a minor engaged in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, in interstate commerce. |
| 18 U.S.C. 2251(d)(1)(A) | Making a notice or advertisement seeking to receive, buy, exchange or distribute visual depictions of minors engaged in sexually explicit activity, in interstate commerce. |
| 18 U.S.C. 2252(a)(2) | Receipt of visual depictions of minors engaged in sexually explicit conduct, in interstate commerce. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☒ Continued on the attached sheet.

_____
Complainant's signature

Jane Junk, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-23-18

_____
Judge's signature

City and state: Columbus, Ohio    Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the Matter of the Criminal Complaint for:**

**United States of America**
       **V.**
**Paul L. Meisner, II**
**2676 Arbordale Dr.**
**Hilliard, OH. 43026**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Task Force Officer (TFO) Jane Junk, being first duly sworn, hereby depose and state as follows:

1. I am a Task Force Officer (TFO) with the Immigration and Customs Enforcement, Homeland Security Investigations (HSI), assigned to the Franklin County Internet Crimes Against Children (ICAC) Task Force in Columbus, OH. I make this affidavit in support of an application for a criminal complaint against Paul L. MEISNER, II, there being probable cause to believe that MEISNER has committed violations of Title 18, United States Code, Sections 2251 and 2252(a)(2).

2. This affidavit is based upon your affiant's first-hand knowledge as well as conversations and coordinated efforts with other law enforcement agents. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause that Paul MEISNER committed the violations listed above.

3. In January of 2018, your affiant received information from Detective Lisa McKissick of the Special Victim's Bureau of the Columbus Police Department regarding an investigation by Franklin County Children Services (FCCS). According to Det. McKissick, FCCS had identified an adult female (hereinafter Suspect #1) who had performed oral sex on her five-month-old family member, recorded the sexual act and sent the recording to an unidentified male (later identified as Paul MEISNER) who gave her money for the video.

4. Detective McKissick forwarded to your affiant the information regarding the FCCS report. The report indicated that Suspect #1 had provided information regarding the male to whom she had sent the pornography video of the infant female, including an email address of

pakamn60@gmail.com, the name Paul Meisner and a photograph of MEISNER. Detective McKissick had also obtained emails that were sent between MEISNER and Suspect #1, and forwarded these to your affiant. Many of the emails were sexual in nature. In emails dated December 16, 2017 at 10:25pm, Suspect #1 told MEISNER that she engaged in sex with her step-brother and that her nine-year-old family member also performed oral sex on the step-brother. In response, MEISNER asked: "Pics??? Of her then suxking him?" On December 16, 2017 at 4:21pm, Suspect #1 also sent an email to MEISNER, in which his name was listed as "Poppa Bear Xoxo", with a subject line of: "Felicia licking [child's name] for brad." This email had a video attachment that depicted Suspect #1 performing oral sex on an infant. Your affiant has reviewed that video and found it to depict Suspect #1 taking off the diaper of an infant, spreading her legs apart and performing oral sex on the infant. Suspect #1 also sent an email to MEISNER in which she stated: "I did the best I could. She wouldn't stop moving and fidgeting around. I did get to taste her pussy".

5. On January 23, 2018, your affiant met with Detective McKissick and Suspect #1. Suspect #1 explained how she knew MEISNER, stating that she met him approximately five years ago on a chat line and has met with him several times in person. She provided his name as Paul MEISNER, but stated that she referred to him as Poppa Bear or Pat. He has given her money throughout the years. On the date Suspect #1 sent MEISNER the video of her performing oral sex on the infant, MEISNER sent her $50 via MoneyGram. He also dropped off another $50 in person to her the next day. Suspect #1 mostly communicated with MEISNER via email, and during those email conversations he frequently asked her to do sexual things with her children. Suspect #1 claimed that she did not perform the acts MEISNER requested, but she admitted to performing sex acts on the infant. Suspect #1 further described MEISNER's physical appearance and stated that he lived in Hilliard and drove a blue Chevy Cruze.

6. Your affiant ran MEISNER's information through various law enforcement data bases and located two Paul Meisners that live in Ohio. Your affiant was able to obtain the driver's license photo of Paul L. MEISNER II through the Ohio Law Enforcement Gateway and compare it to the photograph that had previously been provided by Suspect #1. Comparison of these photographs confirmed that Paul L. MEISNER II, who had a registered address in Hilliard, Ohio 43026 and a blue Chevrolet Cruze registered to him, is the same individual with whom Suspect #1 engaged in the email conversations described above, and to whom Suspect #1 admitted sending a sexually explicit video of the infant.

7. On January 24, 2018, Columbus Police Department arrested suspect #1 on a charge of child rape, in violation of Ohio Revised Code Section 2907.02(F-1). On February 1, 2018 Suspect #1 was indicted one charge of Child Rape, in violation of Ohio Revised Code Section 2907.02, and two counts of Pandering Sexually Oriented Material Involving a Minor, Ohio Revised Code

Section 2907.322 (F-2)

8. On January 25, 2018, a search warrant was executed at 2676 Arbordale Drive, Hilliard, Ohio, 43026, MEISNER'S address. MEISNER was encountered at the residence and declined to speak with officers. During the execution of the search warrant at MEISNER's residence, numerous digital media were seized, including a laptop computer, a thumb drive, and two cellular phones, one recovered from the residence and one recovered from MEISNER's person. All of the seized devices were forensically examined and found to contain evidence of MEISNER's communications with Suspect #1 and/or images of her minor family members.

9. Examination of the thumb drive revealed videos of Suspect #1's daughters, ages five and nine, nude in a bathtub. Preliminary review of the cellular phone recovered from MEISNER's residence, a Samsung Galaxy S4, revealed the presence of additional e-mails between Suspect #1 and MEISNER's email account, pakamn60@gmail.com, in which Suspect #1 offered to send MEISNER additional images and videos of sexual activity, including images of her nine-year-old family member "spreading her pussy lips."

10. Forensic examination of MEISNER'S laptop computer revealed the presence of at least 100 photos of nude prepubescent females. Many of the photos are known to depict Suspect #1's five-and-nine-year old family members nude in the shower. Numerous other photos depict only the nude genitalia and anuses of the minor females. However, based on the size of the females, the fact that in some of the photos portions of their faces can be seen from between their legs, and the presence of a hand that appears similar to Suspect #1's in other of the photos, it is believed that all of these photos depict Suspect #1's family members, including the five-month old infant, and the five and nine-year old females. In each of these photographs, the children are lying on their backs with their legs spread apart exposing the vagina and anus. Two additional photographs have been confirmed to depict another minor female member of Suspect #1, who appears to be approximately two years old. She is clothed in the photographs, but her dress is pulled up, exposing her nude genitalia.

11. Forensic examination of the cellular phone that was seized from MEISNER's person, Samsung Galaxy 6, revealed that MEISNER used multiple email addresses in addition to pakamn60@gmail.com, including: pakamn60@gmail.com, paul.meisner1971@gmailcom and pmeisner.1971@gmail.com. In February of 2018, a search warrant was sent to Google requesting the content of the listed email accounts as well as the email account belonging to Suspect #1.

12. In April of 2018, results of the search warrant for MEISNER's and Suspect # 1's email accounts were received and reviewed by your affiant. In MEISNER's pakamn60@gmail.com account, your affiant located multiple email conversations between MEISNER and Suspect #1, in which Suspect #1 repeatedly informed MEISNER of the sex acts she had or was willing to

3

engage in with her minor female family members, described the pictures and videos she had of such activity, and requested that MEISNER send her money in exchange for such pictures and videos. In response, MEISNER requested additional images and/or videos, and suggested additional sex acts that Suspect #1 should engage in with the children for the purpose of creating visual depictions of those acts that Suspect #1 would send to him. For example, on December 17, 2017, MEISNER and Suspect #1 engaged in the following e-mail conversation:

> MEISNER: Does [name of Suspect # 1's nine-year-old family member] really suck cock?
> Suspect #1: No but she does take pics and vids and plays with her pussy in front of guys. She teases them.
> MEISNER: Send them to me then.
> Suspect #1: I will after you send me $50. So I know for sure my house is tooken care of. I swear. I'll send em right away. Run and grab the moneypak real quick.

13. The email that had previously been forwarded to FCCS, which had several video clips attached that depicted Suspect #1 performing oral sex on her five-month-old family member, was also found within MEISNER's email account. The email to which the video clips were attached had a subject line of "Pics and Videos" and was addressed to "Poppa Bear Xoxo." This email was sent on December 16, 2017 at 5:23pm. Throughout the remainder of the night on December 16, 2017, and into the following day MEISNER and Suspect #1 continued to exchange e-mails regarding Suspect #1's need for MEISNER to send her money. Suspect #1 informed MEISNER that she had videos of her minor daughter as well as videos of Suspect #1 engaging in various sexual activity. Suspect #1 then sent MEISNER a photograph that appears to be a screen shot of her cell phone, which depicts thumbnail images from numerous videos. Included in those thumbnails are images that depict Suspect #1's five-month-old family member. These thumbnails appear to be related to the videos described above in which Suspect #1 performed oral sex on the five-month-old child. Later in the conversation, MEISNER suggested that Suspect #1 send him videos of Suspect #1 performing oral sex on her nine-year-old and five-month-old family members, "in good light not dark like before"[1] and indicated that he would use the videos to try to obtain the money Suspect #1 was requesting from another unknown individual.

14. Additional email conversations between MEISNER and Suspect #1 also indicate that MEISNER obtained the money that Suspect #1 regularly requested from one or more other unknown individuals and was possibly forwarding the images and or videos that Suspect #1 sent of her children in order to obtain that money. For example, On December 9, 2017, MEISNER and Suspect #1 engaged in the following exchange:

---

[1] This comment appears to be a reference to the videos that Suspect #1 had previously sent to MEISNER that depicted her performing oral sex on the five-month-old family member, as these videos were not well lit. This suggestion thus indicates that MEISNER was suggesting that Suspect #1 create and send him additional videos depicting Suspect #1 engaging in sex acts with the two minor females.

4

Suspect #1: It's not hard babe. If we can't get the cash I need to pay back my debt. Please. Can you bring me a Kroger or Walmart gift card for $100. You can use your credit card to buy that. Then everything will be tooken care of. We can go to lunch.

Suspect #1: Please don't leave me hanging babe. I promise them I would pay at 1230. Please can you bring it with you when you pick us up.

MEISNER: I'm trying to get the money.

MIESNER: You need $30 right?

MIESNER: I need some pics of lay.[2]

Suspect #1: All I have is her dress pics.

MEISNER: O nvm then.

Suspect #1: Are you getting money or not

Suspect #1: Let me try

MEISNER: I am trying give me a minute

Suspect #1: Who are you playing with

MEISNER: Little bear

Suspect #1: I got a couple pics of her that should help for $45

MEISNER: I told him $30

Suspect #1: It'll have to work. Are we going grocery shopping and out to lunch

Suspect #1: So I know what to tell the kids

MEISNER: Let me get this done

MEISNER: Those really suck lol…

Suspect #1: I tried to get you something. You can see her tummy and titties. It helps. Are you almost done. I have to get him paid. I told him 1230

MEISNER: Yeah it worked, I am going to the bank to get it, I will meet you at the park in 25 minutes or so. At least bring [nickname of Suspect #1's nine-year-old family member] for lunch if the others don't want to come.

MEISNER: The video of that would have been better…

Attached to this conversation between Suspect #1 and MEISNER were four photos. Suspect #1 sent a picture of her nine-year old family member in a dress, posed provocatively and three pictures of her nine-year-old family member in her underwear and the focus of the pictures is her nude stomach and breasts.

15. Based upon the foregoing information, your affiant submits that there is probable cause to believe that Paul MEISNER has committed offenses in violation of 18 U.S.C. §§ 2251(a) & (e), 2251(d)(1)(A), and 2252(a)(2) – conspiring to produce child pornography; seeking or offering to

---

2 This appears to be a typo related to the name of Suspect #1's nine-year-old family member.

5

receive, exchange, buy, produce, display, distribute or reproduce child pornography by way of advertisement or notice; and receiving child pornography via a means or facility of interstate commerce. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Jane Junk,
Task Force Officer
Homeland Security Investigations

Sworn to and subscribed before me this 23 day of May, 2018.

Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio